UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS A. ALARCON,** <br><br> Plaintiff, <br><br> v. <br><br> **D. DAVEY, et al.,** <br><br> Defendants. | Case No. 1:16-cv-01461-LJO-JLT (PC) <br><br> **ORDER ON PARTIES' STIPULATION TO STAY DISCOVERY** <br><br> **(Doc. 31.)** |

The parties filed a stipulation to stay discovery until after the Court rules on Defendants' pending motion for summary judgment for failure to exhaust administrative remedies, which was filed on October 10, 2018. Good cause appearing, the Court **ORDERS** that discovery, on all issues other than Plaintiff's exhaustion of available administrative remedies, is stayed until after it has ruled on Defendants' exhaustion motion.

IT IS SO ORDERED.

Dated: __November 7, 2018__        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE