# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. ALARCON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVEY, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01461-LJO-JLT (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>**(Doc. 35)** |

　　　　On November 30, 2018, Plaintiff filed a motion to compel Defendants to produce a DVD for the Court to review with his opposition to Defendants' motion for summary judgment. (Doc. 35.) However, per stipulation of the parties, discovery has been stayed other than as to issues regarding Plaintiff's exhaustion efforts. (Docs. 31, 32.) Plaintiff states that the DVD shows his injuries and is relevant to the claims and defenses in this case.

　　　　Plaintiff does not show that the contents of the DVD is in any way related to his exhaustion efforts. Because discovery has been stayed on all issues other than exhaustion and the DVD Plaintiff seeks goes to the merits of his claims, Plaintiff's motion to compel the DVD for Court viewing is premature. Plaintiff is not prohibited from refiling this motion if Defendants' motion for summary judgment on exhaustion issues is denied and the parties are thereafter unable to resolve this issue.

///

///

1

Accordingly, Plaintiff's motion to compel production of the DVD, filed on November 30, 2018, is **DISREGARDED** as premature.

IT IS SO ORDERED.

    Dated: __**December 4, 2018**__            __**/s/ Jennifer L. Thurston**__
                                                                UNITED STATES MAGISTRATE JUDGE