UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LOUIS A. ALARCON, | 1:16-cv-01461-JLT-(PC) |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO RESUBMIT DATED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND VERIFICATION OF EXHIBITS |
| v. | |
| D. DAVEY, et al., | |
| Defendants. | (Doc. 36) |

On November 30, 2018, Plaintiff filed a motion seeking leave to resubmit his opposition to Defendants' motion for summary judgment with a dated signature page and verified exhibits. (Doc. 36.) Though Plaintiff did not date and sign the portion of his opposition titled as his "notice of motion and motion opposing defendants' motion for summary judgment," (*see* Doc. 34, pp. 1-2), Plaintiff signed both his memorandum of points and authorities in opposition, (*id.*, at pp. 3-25), and his opposition to Defendants' statement of undisputed facts, (*id.*, at pp. 26-32). Further, Plaintiff's proof of service of his opposition is dated and contains a verification. (*Id.*, p. 484.)

The Court cannot consider unsigned documents, but Plaintiff signed the documents necessary and material to his opposition to Defendants' motion for summary judgment. Plaintiff's "notice of motion and motion" in opposition is not required and is superfluous to his

1

opposition. Finally, the date Plaintiff signed his opposing documents is of no consequence; rather the date that he gave his opposition to prison staff for mailing, as reflected on his proof or service, which will dictate whether his opposition was timely filed. *See Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009) quoting *Houston v. Lack* , 487 U.S. 266, 270 (1988) ("notice is deemed filed on the date the prisoner 'delivered the notice to prison authorities for forwarding to the [d]istrict [c]ourt'").

Accordingly, Plaintiff's "Motion For Leave to Resubmit Dated Summary Judgment Motion and Verification of Exhibits," filed on November 30, 2018 (Doc. 36), is DENIED.

IT IS SO ORDERED.

Dated: **December 4, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE