UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS A. ALARCON,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**D. DAVEY, et al.,**<br><br>　　　　　Defendants. | Case No. 1:16-cv-01461-LJO-JLT<br><br>**ORDER STAYING ACTION AND VACATING DISPOSITIVE MOTION DEADLINE** |

　　　Defendants have filed a motion for summary judgment alleging the plaintiff has failed to exhaust the administrative remedies. On November 7, 2018, the Court stayed discovery, on all issues other than Plaintiff's exhaustion for administrative remedies, until after it ruled on Defendants' exhaustion motion. Good cause appearing, the Court **VACATES** the dispositive motion deadline and this action is stayed until after it has ruled on Defendants' exhaustion motion.[1]

IT IS SO ORDERED.

　　　Dated:　**February 7, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] As necessary, the Court will re-set case deadlines.