# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS A. ALARCON,** | Case No. 1:16-cv-01461-LJO-JLT (PC) |
| Plaintiff, | **ORDER CLOSING THE ACTION** |
| v. | (Doc. 55) |
| **D. DAVEY, et al.,** | |
| Defendants. | |

The plaintiff has notified the Court he no longer wishes to proceed in this action. (Doc. 55) In essence, he asks the Court to dismiss the action with prejudice. Id. at 2-3. Thus, the Court DIRECTS the Clerk of the Court is DIRECTED to close this action and to terminate any pending motions, hearings and deadlines.

IT IS SO ORDERED.

Dated: **September 30, 2019**           **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE